IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY GRAYER,                )
                               )
            Plaintiff,         )
                               )
      v.                       )    No. 06 C 3321
                               )
RUFUS CLARK, et al.,           )
                               )
            Defendants.        )

## MEMORANDUM ORDER

Anthony Grayer ("Grayer") has filed a self-prepared Motion for Reconsideration of this Court's October 6, 2006 memorandum order that had dismissed Grayer's 42 U.S.C. §1983[1] Complaint based upon a showing by the Illinois Attorney General's Office that Grayer had assertedly failed to comply with the precondition to suit established by Section 1997e(a).[2] After this Court had already dictated this memorandum order for transcription by its secretary, Grayer's appointed counsel noticed up a motion to the same effect--labeled "Motion To Vacate Judgment"--for presentment on November 8.[3]

---

[1] All further references to Title 42's provisions will simply take the form "Section--."

[2] Because Grayer failed to provide this Court with a copy of his Motion for Reconsideration and its numerous exhibits, this Court learned of the motion only through one of its frequent requests for a printout of all pending motions on its calendar. As soon as it then obtained the original motion, this Court hastened to generate the current memorandum order.

[3] Grayer is admonished that with counsel having been appointed for him, he can no longer submit pro se filings.

Under the circumstances this Court will expect both sides' counsel to be prepared to address the exhaustion-of-remedies issue posed by Section 1997e(a) at the November 8 presentment date. This Court will then determine the appropriate disposition of the motion filed by Grayer's appointed counsel.

                                  _____
                                  Milton I. Shadur
                                  Senior United States District Judge

Date:  November 7, 2006